UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| BERNARD ALLEN STRATZ,<br><br>                        Plaintiff,<br>v.<br>HERBERT et al.,<br><br>                      Defendants. | Case No. 23-12512<br>Honorable Shalina D. Kumar<br>Magistrate Judge Anthony P. Patti |

## JUDGMENT

In accordance with the order of dismissal entered on this date, is **ORDERED AND ADJUDGED** that this case is **DISMISSED WITHOUT PREJUDICE.**

Dated at Flint, Michigan, this 24th day of June, 2025.

Dated: June 24, 2025

s/Shalina D. Kumar
SHALINA D. KUMAR
United States District Judge

1